# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| JEFFREY WILLIAM REED, | ) | |
| Plaintiff(s), | ) | 2:07-cv-1422-RLH-PAL |
| vs. | ) | **O R D E R** |
| STATE OF NEVADA, | ) | |
| Defendant(s). | ) | |

Before this Court is the Report of Findings and Recommendation of United States Magistrate Judge (#6, filed February 23, 2009), entered by the Honorable Peggy A. Leen, regarding Plaintiff's failure to comply with the Court's Orders (#3) entered October 27, 2008 and January 9, 2009. No objection was filed to Magistrate Judge Leen's Report of Findings and Recommendation in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report of Findings and Recommendation of Magistrate Judge Leen should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge Leen's Report of Findings and Recommendation (#6, entered February 23, 2009) is ACCEPTED and ADOPTED, and the case is dismissed.

Dated: March 25, 2009.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**